709 A.2d 903

**In re Nomination Petition of Tom LINGENFELTER as Republican Candidate for the Office of State Senator for the 10th District of the Commonwealth of Pennsylvania, Brad M. Jackson, William F. Mabon and Patricia L. Bachtle.**

**Appeal of Tom LINGENFELTER.**

Supreme Court of Pennsylvania.

Submitted April 27, 1998.

Decided May 14, 1998.

PER CURIAM.

## ORDER

AND NOW, this 14th day of May, 1998, the Order of the Commonwealth Court is AFFIRMED. *See In re Johnson,* 509 Pa. 347, 502 A.2d 142 (1985).